UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISTRICT COUNCIL NO. 9
INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES, A.F.L.-C.I.O.,

                Petitioner,

v.

SPEEDO CORP. a/k/a SPEEDO
CORPORATION,

                Respondent.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 12-14-20

20-CV-10162 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. On December 3, Petitioner filed a complaint seeking confirmation of an arbitration award. Dkt. 1. Petitioner has not yet docketed an affidavit of service.

In this Circuit, confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby:

ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition for confirmation by January 8, 2021. Such materials shall include, at minimum, (1) a certified copy of the arbitral award and (2) sworn or certified copies of the underlying contracts at issue. Respondent's opposition, if any, is due on January 15, 2021. Petitioner's reply, if any, is due on

January 21, 2021. Petitioner shall serve a copy of this Order on Respondent, and file proof of such service on the docket.

SO ORDERED.

Dated:   December 14, 2020
             New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge