UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISTRICT COUNCIL NO. 9
INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES, A.F.L.-C.I.O., *et al.*,

                      Petitioner,

              v.

SPEEDO CORP., a/k/a SPEEDO
CORPORATION,

                      Respondent.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1-20-21

20-CV-10162 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 14, 2020, the Court ordered Petitioner to file and serve any additional materials with which it intends to support its petition for confirmation by January 8, 2021. Dkt. 8. Such materials include, at minimum, (1) a certified copy of the arbitral award and (2) sworn or certified copies of the underlying contracts at issue. *Id*. To date, Petitioner has not filed these documents. No later than February 3, 2021, Petitioner shall do so. Respondent's opposition, if any, is now due on February 10, 2021. Petitioner's reply, if any, is now due on February 17, 2021. **Failure to comply with this order may result in dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).**

SO ORDERED.

Dated:    January 20, 2021
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge