| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED:** 2-17-21 |

DISTRICT COUNCIL NO. 9
INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES, A.F.L.-C.I.O,

               Petitioner,

     v.

SPEEDO CORP. a/k/a SPEEDO
CORPORATION,

               Respondent.

20-CV-10162 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

     Petitioner filed this petition to confirm an arbitration award on December 3, 2020.  Dkt. 1.  On December 14, the Court ordered Petitioner to file and serve documents in support of its petition no later than January 8, 2021 and Respondent—should it oppose the petition—to file its opposition no later than January 15, 2021.  Dkt. 8.  Neither party complied with this order.  On January 20, 2021, the Court sua sponte granted each party an extension, giving Petitioner until February 3, 2021, to file and serve its supporting documents and giving Respondent until February 10, 2021 to file its opposition.  Dkt. 10.  Petitioner timely complied, but Respondent has not done so.

     Accordingly, Respondent shall file its opposition to the petition to confirm the arbitration award no later than February 22, 2021.  If Respondent does not do so, the Court will consider the petition unopposed.

SO ORDERED.

Dated:    February 17, 2021
               New York, New York

                                                 RONNIE ABRAMS
                                               United States District Judge