# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,
A.F.L.-C.I.O.,

                           Petitioner,                        20 **CIVIL** 10162 (RA)

                -against-                           **JUDGMENT**

SPEEDO CORP. a/k/a SPEEDO CORPORATION,
                         Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 21, 2021, Petitioner's petition to confirm the arbitration award is granted and judgment is entered in the amount of $12,000; accordingly, the case is closed.

**Dated**: New York, New York
         June 22, 2021

                                                **RUBY J. KRAJICK**
                                                _____
                                                    **Clerk of Court**
                            **BY:**    *K. Mango*
                                                   _____
                                                     **Deputy Clerk**